**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1674**

---

CHARLENE ARRINGTON,

Plaintiff - Appellant,

versus

JENNIFER COCKLIN, in her individual capacity,
and as supervisor at Glaxowellcome; SMITHKLINE
BEECHAM CORPORATION, d/b/a Glaxosmithkline,

Defendants - Appellees,

and

GLAXOWELLCOME, d/b/a Glaxosmithkline; STAFFING
ALLIANCE/MANPOWER, INCORPORATED; MARI BETH
NEELY, in her individual capacity and as a
supervisor at Glaxo; SMITHKLINE BEECHAM
CORPORATION, formerly known as
Glaxosmithkline, formerly known as
Glaxowellcome; MANPOWER OF NORTH CAROLINA,

Defendants.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard,
District Judge. (CA-02-655-H)

---

Submitted: October 15, 2004      Decided: December 7, 2004

---

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

_____

Charlene Arrington, Appellant Pro Se.  Kerry Anne Shad, Kathryn Roberts Valeika, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlene Arrington appeals the district court's order granting summary judgment for the Defendants on her racial discrimination and retaliation action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Arrington v. Cocklin, No. CA-02-655-H (E.D.N.C. Mar. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED